```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 01789
    JOHN LEE MOORE JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-3436


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/27/2006 and was confirmed 08/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/22/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
NUVELL CREDIT/BAR NONE   UNSECURED            14486.98             .00           20.81
AMERICA SERVICING COMPAN CURRENT MORTG            .00              .00             .00
MORTGAGE ELEC REGISTRATI NOTICE ONLY       NOT FILED               .00             .00
WELLS FARGO FINANCIAL    SECURED                  .00              .00             .00
CAPITAL ONE              UNSECURED              636.60             .00             .00
CITIZENS AUTOMOBILE FINA NOTICE ONLY       NOT FILED               .00             .00
NUVELL CREDIT CORPORATIO NOTICE ONLY       NOT FILED               .00             .00
VATIV                    UNSECURED              711.75             .00             .00
AMERICA SERVICING COMPAN NOTICE ONLY       NOT FILED               .00             .00
AMERICA SERVICING COMPAN MORTGAGE ARRE            .00              .00             .00
ERNESTO D BORGES JR      DEBTOR ATTY       2,142.00                           2,142.00
TOM VAUGHN               TRUSTEE                                                 85.14
DEBTOR REFUND            REFUND                                                   2.05

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             2,250.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                       20.81
ADMINISTRATIVE                               2,142.00
TRUSTEE COMPENSATION                            85.14
DEBTOR REFUND                                    2.05
                    ---------------     ---------------
TOTALS              2,250.00                2,250.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 10/04/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
        CASE NO. 06 B 01789 JOHN LEE MOORE JR
```